United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

IN RE:   Mahone, Tomiko E         )          Case No.   11 B 30145
                                     )          Judge   Pamela S. Hollis

# NOTICE OF MOTION

Debtor Attorney:

Robert J Semrad & Associates
20 S Clark St 28th Flr
Chicago, IL  60603

Tomiko E. Mahone
3214 West 63rd Place
Chicago, IL  60616                            Mail

Mail

On November 7, 2011 at 9:00 AM, I will appear at the location listed to the right, and present this motion.

>   Courtroom 644
>   219 S Dearborn St
>   Chicago, IL  60604
>

I certify under penalty of perjury that this office caused a copy of this Notice to be delivered to the persons named above by the methods indicated on or before Saturday, October 29, 2011

/s/ MARILYN O. MARSHALL

for MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. Section 1307 [c] [5], and in support thereof states the following:

1. Debtor(s) filed for Chapter 13.

2. The current status of Debtor(s) case is: Plan Cfm Denied:  Oct 24, 2011.

WHEREFORE, the Trustee prays that this case be dismissed.

/s/ MARILYN O. MARSHALL

for MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500
(312) 431-1300